THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUN LIFE ASSURANCE COMPANY
OF CANADA,

          Plaintiff-in-Interpleader,

    v.

MARYANNAH O'CONNOR, *et al.*,

          Defendants-in-Interpleader.

CASE NO. C16-0799-JCC

ORDER DISBURSING FUNDS
HELD IN COURT REGISTRY

     This matter comes before the Court on Plaintiff Sun Life Assurance Company of
Canada's motion to disburse funds held in the Court Registry to pay its attorney fees and costs
awarded to it on April 25, 2017. (Dkt. No. 34.) Given that Sun Life was dismissed from this case
with prejudice, the Clerk is hereby authorized and DIRECTED to draw a check on the funds on
deposit in the Registry of this Court for $20,000 payable to Lane Powell PC. The check should
be mailed to David W. Howenstine at Lane Powell, PC, 1420 Fifth Avenue, Suite 4200, Seattle,
WA 98111-1302.

     //

     //

     //

     //

DATED this 1st day of June 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE