THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>Plaintiff-in-Interpleader<br><br>v.<br><br>MAYANNAH O'CONNOR, et al.,<br><br>Defendants-in-Interpleader. | CASE NO. C16-0799-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court previously granted Interpleader Plaintiff's motion to dismiss with prejudice. (Dkt. No. 27.) Trial in this Interpleader action is set for a court trial on January 18, 2018. Interpleader Defendants failed to file a proposed pretrial order by the scheduled deadline of December 22, 2017. The Court ORDERS Interpleader Defendants to file a joint status report no later than December 29, 2017, which addresses the status of this case, whether the parties still anticipate going to trial on January 18, 2018, and why a proposed pretrial order was not filed in accordance with the Court's scheduling order.

//

//

MINUTE ORDER
C16-0799-JCC
PAGE - 1

DATED this 26th day of December 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C16-0799-JCC
PAGE - 2