THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>                Plaintiff-in-Interpleader,<br>   v.<br><br>MARYANNAH O'CONNOR, and THERESA WYSONG,<br><br>                Defendants. | CASE NO. C16-0799-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 38) and stipulated motion to continue trial (Dkt. No. 39). Finding good cause, the Court GRANTS the parties' stipulated motion to continue trial. (Dkt. No. 39.) In accordance with the parties' request, the Court ENTERS the following amended scheduling order:

| Event | Filing Deadline/Date |
|---|---|
| Discovery cutoff | March 2, 2018 |
| Dispositive motion cutoff | March 9, 2018 |
| Deadline for mediation | April 6, 2018 |
| Proposed pretrial order | April 13, 2018 |

| Trial briefs | May 7, 2018 |
| --- | --- |
| Proposed findings of fact conclusions of law | May 11, 2018 |
| Court trial (estimated 3 days) | May 14, 2018 |

Pursuant to Local Civil Rule 39.1, the parties are ORDERED to engage in mediation in order to achieve early resolution this case. The parties shall comply with Local Civil Rule 39.1 in conducting mediation. The parties shall meet and confer to comply with this amended scheduling order. The Clerk is DIRECTED to strike the trial date currently scheduled for January 18, 2018.

DATED this 2nd day of January 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER C16-0799-JCC
PAGE - 2