UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| SUN LIFE ASSURANCE COMPANY OF CANADA, | CASE NO. C16-0799-JCC |
|---|---|
| Plaintiff-in-Interpleader | MINUTE ORDER |
| v. | |
| MAYANNAH O'CONNOR, et al., | |
| Defendants-in-Interpleader. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. In a prior order, the Court continued the trial in this matter to August 20, 2018. (Dkt. No. 50.) In accordance with its order, the Court amends the existing scheduling order and ENTERS the following pretrial deadlines:

| **Event** | **Filing Deadline/Date** |
|---|---|
| Trial Brief | August 6, 2018 |
| Proposed findings of fact conclusions of law | August 13, 2018 |
| Court trial (estimated three days) | August 20, 2018 |

//

//

//

DATED this 23rd day of April 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk