UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>    Plaintiff-in-Interpleader,<br><br>  v.<br><br>MARYANNAH O'CONNOR, and THERESA WYSONG,<br><br>    Defendants-in-Interpleader. | CASE NO. C16-0799-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant-in-Interpleader Theresa Wysong's response (Dkt. No. 53) to the Court's order to show cause (Dkt. No. 50). Having reviewed Wysong's response, the Court concludes that there are genuine disputes of material fact regarding Wysong's claim that Decedent David O'Connor was unduly influenced by his daughter, Defendant-in-Interpleader Maryannah O'Connor. Therefore, this case will remain set for a trial before the Court on August 20, 2018. The parties are ORDERED to comply with the Court's pretrial scheduling order (Dkt. No. 51).

//

//

1      DATED this 17th day of May 2018.

                                      William M. McCool
                                      Clerk of Court

                                      s/Tomas Hernandez
                                      Deputy Clerk

MINUTE ORDER
C16-0799-JCC
PAGE - 2