UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>Plaintiff-in-Interpleader<br><br>v.<br><br>MARYANNAH O'CONNOR, and THERESA WYSONG,<br><br>Defendants-in-Interpleader. | CASE NO. C16-0799-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant-in-interpleader Theresa Wysong's motion to disburse funds held in the Court registry (Dkt. No. 55). Defendant-in-interpleader Maryannah O'Connor is ORDERED to show cause why the Court should not grant Wysong's motion. O'Connor shall respond to this order no later than June 28, 2018.

DATED this 25th day of June 2018.

                                              William M. McCool
                                              Clerk of Court

                                              s/Tomas Hernandez
                                              Deputy Clerk