THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUN LIFE ASSURANCE COMPANY OF CANADA,

    Plaintiff-in-Interpleader,

v.

MARYANNAH O'CONNOR and THERESA WYSONG,

    Defendants-in-Interpleader.

CASE NO. C16-0799-JCC

AMENDED ORDER

This matter comes before the Court on Defendant-in-Interpleader Theresa Wysong's motion to disburse funds held in the Court registry (Dkt. No. 55.) The Court previously granted partial summary judgment to Wysong, ruling that she is entitled to no less than half of the insurance proceeds currently held in the Court registry. (Dkt. No. 50 at 7.) Pursuant to the Court's summary judgment order, and Local Civil Rule 67, Wysong asks the Court to direct the Clerk of Court to disburse her half of the funds in the Court registry. (Dkt. No. 55.) Defendant-in-Interpleader Maryannah O'Connor did not respond to Wysong's motion.

The Clerk is hereby authorized and DIRECTED to draw a check on the funds deposited in the registry of this Court in the principal amount of $74,199.32 (which is half of the principal)

1   plus half of all accrued interest, minus any statutory user fees, payable to CHUNG MALHAS &
2   MANTEL, PLLC IOLTA. The check should be mailed to CHUNG MALHAS & MANTEL, PLLC,
3   1511 3rd Avenue, Suite 1088, Seattle, WA 98101. The remaining balance of the funds shall
4   remain in the registry pending resolution of this matter.

    DATED this 10th day of July 2018.

    John C. Coughenour
    UNITED STATES DISTRICT JUDGE