THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUN LIFE ASSURANCE COMPANY OF CANADA,

Plaintiff-in-Interpleader,

v.

MARYANNAH O'CONNOR and THERESA WYSONG,

Defendants-in-Interpleader.

CASE NO. C16-0799-JCC

ORDER

This matter comes before the Court on the parties' stipulated motion to disburse funds held in the Court registry (Dkt. No. 61). The parties have filed a notice of settlement in this case indicating that all claims have been resolved and that the requested disbursement will dispose of all remaining funds in the Court registry. (*See* Dkt. No. 59.) The Court GRANTS the parties' stipulated motion (Dkt. No. 61).

The Clerk is hereby authorized and DIRECTED to draw a check on the funds deposited in the registry of this Court in the principal amount of $10,000.00 plus half of all accrued interest minus $1,165.58, minus any statutory user fees, payable to "CHUNG MALHAS & MANTEL, PLLC IOLTA." The check should be mailed to CHUNG MALHAS & MANTEL, PLLC, 1511 3rd Avenue,

Suite 1088, Seattle, WA 98101.

The Clerk is further authorized and DIRECTED to draw a check on the funds deposited in the registry of this Court in the principal amount of $64,199.31 plus half of all accrued interest, minus any statutory user fees, payable to "HELIOS LAW GROUP in Trust for MaryAnnah O'Connor" The check should be mailed to 1455 NW Leary Way, Suite 400, Seattle, WA 98107.

The Clerk is further DIRECTED to strike all case management dates and close this case for statistical purposes.

DATED this 6th day of August 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE